1 | William S. Bonnheim (Bar No. 068693)
**WILLIAM S. BONNHEIM, PLC**
2 | 39-301 Badger Street, Suite 800
Palm Desert, CA 92211
3 | Telephone: (760) 772-9696
Facsimile: (760) 772-9690
4 |
5 | Attorney for Plaintiffs
Spencer A. Short and
Lisa Anicia Samatha Hines-Short

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| SPENCER A. SHORT and LISA ANICIA SAMANTHA HINES-SHORT, | Case No. C09 CV-1295 |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF DISMISSAL OF DEFENDANT COUNTRYWIDE HOME LOANS, INC. WITHOUT PREJUDICE** |
| vs. | [Fed. R. Civ. P. 41(a)(1)(A)(i)] |
| MILA, INC., et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that plaintiffs Spencer A. Short and Lisa Anicia Samantha Hines-Short hereby dismiss their First Amended Complaint as against defendant Countrywide Home Loans, Inc. only, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: June 4, 2009

WILLIAM S. BONNHEIM, PLC

By: _____
William S. Bonnheim
Attorney for Plaintiffs
Spencer A. Short and
Lisa Anicia Samatha Hines-Short

*IT IS SO ORDERED*
*Judge Susan Illston*

1

PLAINTIFFS' REQUEST FOR DISMISS WITHOUT PREJUDICE OF COUNTRYWIDE HOME LOANS, INC.
Short v. MILA, Inc., et al. - No. C09 CV-1295

# FEDERAL COURT PROOF OF SERVICE

### *Spencer Short v. MILA, Inc., et al.,*

USDC Case No. C09 CV-1295 (MEJ)

STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

At the time of service, I was over 18 years of age and not a party to the action. My business address is 39-301 Badger Street, Suite 800, Palm Desert, California 92211. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On June 4, 2009, I served the following document(s): Plaintiffs' Notice Of Dismissal Of Defendant Countrywide Home Loans, Inc. Without Prejudice

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

James Goldberg, Esq.
Deborah A. Goldfarb, Esq.
Bryan Cave LLP
2 Embarcadero Center, Suite 1410
San Francisco, CA 94111

(facsimile 415 675-3434)

Attorneys for Defendant
Countrywide Home Loans

The documents were served by the following means:

[x] Such service was completed by filing the document(s) electronically through the Court's ECF system, through which notice of the filing of same is provided by e-mail to the above person(s) by the ECF system on the same date, and an electronic copy thereof is made available to the above person(s) by the ECF system on the same date.

[ ] (BY U.S. MAIL) I enclose the documents in a sealed envelope or package addressed to the person(s) at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 4, 2009, at Palm Desert, California.

DELIA EGSON

1